UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| versus | No. 97-0217 |
| LEON R. DUNCAN | SECTION: E |

### O R D E R

Considering the petitioner/defendant's failure to file a response to the United State's Motion and Incorporated Memorandum to Dismiss Untimely Motion for 28 U.S.C. § 2255 Relief[1], pursuant to this Court's Order[2];

**IT IS ORDERED** that the United State's Motion and Incorporated Memorandum to Dismiss Untimely Motion for 28 U.S.C. § 2255 Relief **IS GRANTED,** and petitioner/defendant Leon R. Duncan's Motion for 28 U.S.C. § 2255 Relief[3] is **dismissed with prejudice.**

New Orleans, Louisiana, August 12, 2008.

                                              **MARCEL LIVAUDAIS, JR.**
                                             United States District Judge

---

[1] Record document #190.

[2] Record document #192.

[3] Record document #s 186, 188.